# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EDWARD C. LECKEY,                      :  No. 32 WAL 2016
                                       :
          Petitioner              :
                                       :  Petition for Allowance of Appeal from
     v.                           :  the Order of the Superior Court
                                       :
                                       :
RICHARD L. GOTTLIEB,                   :
                                       :
          Respondent              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.